IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JOSEPH CHARLES RHODES,<br><br>Defendant. | CR 18–54–BLG–DLC<br><br>ORDER |

This matter comes before the Court on the United States's unopposed motion for a final order of forfeiture. (Doc. 42.) The Court now finds:

1. The United States commenced this action pursuant to 18 U.S.C. § 2253;

2. A Preliminary Order of Forfeiture was entered on October 1, 2018 (Doc.34);

3. All known interested parties were provided an opportunity to respond and that publication has been effected as required by 18 U.S.C.§ 982(b)(1) and 21 U.S.C. S 853(n)(1);

4. It further appears there is cause to issue a forfeiture order under 18 U.S.C. § 2253;

1

Accordingly, it is ORDERED that:

1. The Motion for Final Order of Forfeiture is GRANTED.

2. Judgment of forfeiture of the following property shall enter in favor of the United States pursuant to 21 U.S.C. § 853, free from the claims of any other party:

    - Toshiba 320 GB External USB Hard Disk Drive (serial number14B1T24RT1BB); and
    - Western Digital 320 GB Hard Disk Drive (serial numberWXR0A4988249).

3. The United States shall have full and legal title to the forfeited property and may dispose of it in accordance with law.

DATED this 20th day of December, 2018.

Dana L. Christensen, Chief District Judge
United States District Court